JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS MORRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HEARST MAGAZINES, INC., et al.,<br><br>　　　　　Defendants. | Case No.  CV 20-4688-GW-PDx<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

　　Based upon the Notice of Dismissal [29], it is hereby ORDERED that this action is dismissed with prejudice in its entirety.

　　IT IS SO ORDERED.

Dated: April 1, 2021

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE